159 So. 918

**Will LANIER v. STATE.**
8 Div. 24.

Court of Appeals of Alabama.
Feb. 19, 1935.

RICE, Judge.
Affirmed.

163 So. 908

**Clarence LAWLER v. STATE.**
8 Div. 255.

Court of Appeals of Alabama.
Oct. 29, 1935.

SAMFORD, Judge.
Affirmed.

152 So. 923

**Delbert LAWLER v. STATE.**
8 Div. 887.

Court of Appeals of Alabama.
Jan. 30, 1934.

BRICKEN, Presiding Judge.
Affirmed.

154 So. 922

**John LAWRENCE v. STATE.**
6 Div. 580.

Court of Appeals of Alabama.
May 8, 1934.

RICE, Judge.
Appeal dismissed.

159 So. 918

**Felix, alias Slim, LAWSON v. STATE.**
8 Div. 36.

Court of Appeals of Alabama.
Feb. 5, 1935.

RICE, Judge.
Appeal dismissed.

162 So. 924

**C. W. LEE v. STATE.**
6 Div. 870.

Court of Appeals of Alabama.
Aug. 27, 1935.

PER CURIAM.
Appeal dismissed; new trial granted in trial court.

155 So. 921

**James J., alias J. J., LEE v. STATE.**
8 Div. 938.

Court of Appeals of Alabama.
May 22, 1934.

See, also, 227 Ala. 2, 150 So. 164, 25 Ala. App. 488, 150 So. 167, 227 Ala. 334, 150 So. 169.

RICE, Judge.
Appeal dismissed.